# Third District Court of Appeal
## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1581
Lower Tribunal No. F16-21185

_____


**Nimer Abdallah,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Law Offices of Kawass, P.A., and Kristen A. Kawass, for appellant.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken and Ivy R. Ginsberg, Assistant Attorneys General, for appellee.


Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.